# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC. | CASE NUMBER |
| PLAINTIFF(S) | 2:25-cv-04618-CAS-JCx |
| v. | |
| GUANGZHOU SHIJUN TECHNOLOGY CO., LTD. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

May 27, 2025
Date

*[signature: Christina A. Snyder]*
United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Monica Ramirez Almadani__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __MRA__ after the case number in place of the initials of the prior judge so that the case number will read __2:25-cv-04618 MRA (JCx)__. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (06/23)                    ORDER RETURNING CASE FOR REASSIGNMENT